UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

Re: La'Kizzy Ransom                                                                  Case No 22-12770

### DEBTOR'S OBJECTION TO PROOF OF CLAIM

COMES NOW the Debtor, by and through the undersigned attorney, and files this Debtor's Objection to the Proof of Claim of **Robert Burch, 2752 West 91st Street, Evergreen Park, IL, 60805** and for cause would show unto this Honorable Court that the debtor is of information and belief that the proof of claim (claim number 7-2) is inaccurate and overstated and debtor demands strict proof thereof. Specifically, the Robert Burch has stated in the proof of claim a liability for an arrearage amount in the sum of $12,691.34. The debtor would show that the creditor Robert Burch has NOT paid the land taxes for 2020, 2021, and 2022 and the sum of $6,166.32 should be disallowed. Further, the late fees and penalties are duplicative in nature and the penalties in the amount of $875.00 should be disallowed. Further, the land taxes for 2020 should be prorated between the buyer and the seller. The debtor demands strict proof of any further liability.

WHEREFORE PREMISES CONSIDERED, the debtor respectfully requests the Court to enter an Order amending the proof of claim and for such other and further and general relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED, this the 15th day of December, 2022.

/s/ **John M. Sherman**
John M. Sherman
Attorney for Debtor
P.O. Box 1900
Clarksdale, MS 38614
662-627-5301   MB #8807

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

RE:   La'Kizzy Ransom                                             Case No 22-12770

### NOTICE OF OBJECTION TO PROOF OF CLAIM

You are hereby notified that an objection to your claim has been filed in the above referenced bankruptcy case. Your claim may be reduced, modified, or eliminated. If you do not want the Court to eliminate or change your claim, a written response to the attached objection to proof of claim must be filed with:

> Clerk, U.S. Bankruptcy Court
> Northern District of Mississippi
> 703 Highway 145 North
> Aberdeen, MS 39730.

and a copy must be served on the undersigned debtor's attorney and the Chapter 13 trustee on or before thirty (30) days from the date of this notice. In the event a written response is filed, the Court will notify you of the date, time and place of the hearing thereon.

DATED, this the 15th of December, 2022.

| | |
|---|---|
| Locke D. Barkley<br>Chapter 13 Trustee<br>6360 I 55 North, Suite 140<br>Jackson, MS 39211 | /s/ John M. Sherman<br>John M. Sherman<br>Attorney at Law<br>Post Office Box 1900<br>Clarksdale, MS 38614<br>662-627-5301<br>MB# 8807 |

1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

RE:  La'Kizzy Monique Ransom                                    Case No. 22-12770

### Certificate of Service

I, John M. Sherman, Attorney at Law, do hereby certify that I have this day electronically filed the foregoing debtor(s) Objection to Proof of Claim with notice attached, with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Locke D. Barkley
Chapter 13 Trustee
P.O. Box 55829
Jackson, MS 39296-5829
sbeasley@barkley13.com

U.S. Trustee's Office
501 East Court Street, Suite 6-430
Jackson, MS 39201
USTPRegion05.AB.ECF@usdoj.gov

and I hereby certify that I have mailed by United States Postal Service the documents to the following non-ECF participants:

Robert Burch
2752 West 91st Street
Evergreen Park, IL 60805

Respectfully submitted, this the 15th day of December, 2022.

/s/ John M. Sherman
John M. Sherman
Attorney for Debtor(s)
P.O. Box 1900
Clarksdale, MS 38614
662-627-5301
MB# 8807