

ROBERT BURCH
2752 W. 91st STREET
EVERGREEN PARK, ILLINOIS 60805
(773) 682-0471

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI
703 HIGHWAY 145 NORTH
ABERDEEN, MS. 39730

December 22, 2022

RE: LA'KIZZY RANSOM; CASE NO 22-1277

UNITED STATED BANKRUPTCY COURT/LOCKE D. BARKLEY

IN PROPONDENCE OF THE EVEIDENCE, LAKIZZY M. RANSOM EXECUTED A DEED OF TRUST TO DON A. DEES, TRUSTEE FOR THE BENEFIT OF ROBERT BURCH, FOR PROPERTY AT 1308 MAPLE STREET, CLARKSDALEMS. 38614 ON JULY 31ST 2020, THERE AFTER SHE WAS REQUIRED TO PAY ALL TAXES. ALTHOUGHT, I PURCHASE THE PROPERTY FROM REGION BANK ON JUNE 18, 2020 AND THE SETTLEMENT CLOSING STATEMENT GAVE A CREDIT TO ME FOR TAXES PAID UP UNTIL JUNE 18,2020. SEE ATTACHED SETTLEMENT STATEMENT FOR VERIFICATION.

THEREFORE, THE DEBTOR'S OBJECTION TO PROOF OF CLAIM IS PREPOSTERIOUS. SPECIFICALLY, LA'KIZZY RANSOM SHOULD BE REQUIRED TO PAY LIABILITY FOR ARREARAGE TAXES FOR 2020,2021, AND 2022 IN THE AMOUNT OF $6,166.32.

THE DEBTOR HAS A FUDICIARY OBLIGATION TO PAY THE LATE FEES AND PENALTY OF $875.00 THAT I HAVE REQUESTED. FOR EXAMPLE, WE ALL ARE REQUIRED TO PAY LATE FEES ON OUR MORTGAE, UTILITIES BILLS, CAR NOTE AND ETC. FUTHUR MORE, IT IS LUDICROUS TO SAY THAT THE PENALITY SHOULD BE DISALLOWED.

IN BRIEF, THERE IS NO BASIS OR GROUND FOR DEBTOR'S OBJECTION TO PROOF OF MY REVISED CLAIMED TO BE AMENEDE AS A RESULT, I'M ASKING THE COURT TO GRANT ME THE TOTAL LIABILITY OF $12,991.34 ON THE REVISED COPY.

RESPECTRFULLY,

ROBERT BURCH, SELLER/ CREDITOR

A. Settlement Statement (HUD-1)

OMB Approval No. 2502-

### B. Type of Loan

| 1. ☒ FHA  2. ☐ RHS  3. ☐ Conv. Unins. | 6. File Number: | 7. Loan Number: | 8. Mortgage Insurance Case Number: |
|---|---|---|---|
| 4. ☐ VA   5. ☐ Conv. Ins | 1308Maple.Burch | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower: | E. Name & Address of Seller: | F. Name & Address of Lender: |
|---|---|---|
| Robert Burch<br>2752 West 91st Street<br>Evergreen, IL 60805 | Regions Bank<br>5214 Lincoln Road<br>Hattiesburg, MS 39402 | |

| G. Property Location: | H. Settlement Agent: | TIN: 640875050 |
|---|---|---|
| 1308 Maple St.<br>Clarksdale, MS 38614 | Don A. Doss, P.A.<br>225 1st Street<br>Clarksdale, MS 38614 | Phone: (662) 624-9476 |
| Lot:<br>Block: | Place of Settlement:<br>225 1st Street<br>Clarksdale, MS 38614 | I. Settlement Date: 6/18/2020<br>Funding Date: 6/18/2020 |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| 100. Gross Amount Due From Borrower | | 400. Gross Amount Due To Seller | |
| 101. Contract sales price | 35,000.00 | 401. Contract sales price | 35,000 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 426.00 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes: to | | 406. City/town taxes: to | |
| 107. County taxes: to | | 407. County taxes: to | |
| 108. Assessments: to | | 408. Assessments: to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. Gross Amount Due From Borrower | 35,426.00 | 420. Gross Amount Due To Seller | 35,000 |
| 200. Amounts Paid By Or In Behalf Of Borrower | | 500. Reductions In Amount Due To Seller | |
| 201. Deposit of earnest money | 500.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 2,700 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes: 1/1/2020-6/18/2020 | 532.10 | 510. City/town taxes: 1/1/2020-6/18/2020 | 532 |
| 211. County taxes: to | | 511. County taxes: to | |
| 212. Assessments: to | | 512. Assessments: to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total Paid By/For Borrower | 1,032.10 | 520. Total Reduction Amount Due Seller | 3,782 |
| 300. Cash At Settlement From/To Borrower | | 600. Cash At Settlement To/From Seller | |
| 301. Gross Amount due from borrower (line 120) | 35,426.00 | 601. Gross amount due to seller (line 420) | 35,000 |
| 302. Less amounts paid by/for borrower (line 220) | 1,032.10 | 602. Less reductions in amount due seller (line 520) | 3,782 |
| 303. Cash ☒ From ☐ To Borrower | 34,393.90 | 603. Cash ☒ To ☐ From Seller | 31,217 |

The Public Reporting Burden for this collection of information is estimated at 35 minutes per response for collecting, reviewing, and reporting the data. This agency may not collect information, and you are not required to complete this form, unless it displays a currently valid OMB control number. No confidentiality is assured; this disclosure is mandatory. This is designed to provide the parties to a RESPA covered transaction with information during the settlement process.

© 2008-2016 Easy Soft. Previous editions are obsolete.    Page 1 of 3    HU

*[handwritten:]* Closing Doc. for Robert Burch
1308 Maple St

| L. Settlement Charges | File Number 1308 Maple Burch | Loan Number: | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|---|
| 700. Total Real Estate Broker Fees | | | | |
| Division of Commission (line 700) as follows: | | | | |
| 701. $1,050.00 | to Hal Fiser Agency | | | |
| 702. $1,050.00 | to Agner & Associates | | | 2,100.00 |
| 703. Commission paid at settlement | | | | |
| 704. | | | | |
| 800. Items Payable in Connection With Loan | | | | |
| 801. Our origination charge | $ | (from GFE #1) | | |
| 802. Your credit or charge (points) for the specific interest rate chosen | $ | (from GFE #2) | | |
| 803. Your adjusted origination charges | | (from GFE A) | | |
| 804. Appraisal fee to | | (from GFE #3) | | |
| 805. Credit report to | | (from GFE #3) | | |
| 806. Tax service to | | (from GFE #3) | | |
| 807. Flood certification | | (from GFE #3) | | |
| 808. | | | | |
| 809. | | | | |
| 810. | | | | |
| 811. | | | | |
| 900. Items Required By Lender To Be Paid In Advance | | | | |
| 901. Daily interest charges from 6/18/2020 to 7/1/2020 @ $ /day | | (from GFE #10) | | |
| 902. Mortgage insurance premium for 0 months to | | (from GFE #3) | | |
| 903. Homeowner's Insurance for 0 years to | | (from GFE #11) | | |
| 904. | | | | |
| 905. | | | | |
| 1000. Reserves Deposited With Lender | | (from GFE #9) | | |
| 1001. Initial deposit for your escrow account | | | | |
| 1002. Homeowner's Insurance | months @ per mo | $ | | |
| 1003. Mortgage insurance | months @ per mo | $ | | |
| 1004. Property taxes | months @ per mo | $ | | |
| 1005. | months @ per mo | $ | | |
| 1006. | months @ per mo | $ | | |
| 1007. Aggregate Adjustment | | 50.00 | | |
| 1100. Title Charges | | | | |
| 1101. Title services and lender's title insurance | | (from GFE #4) | | |
| 1102. Settlement or closing fee | | | | |
| 1103. Owner's title insurance | | (from GFE #5) | | |
| 1104. Lender's title insurance | | | | |
| 1105. Lender's title policy limit | $ | | | |
| 1106. Owner's title policy limit | $ | | | |
| 1107. Agent's portion of the total insurance premium | $ | | | |
| 1108. Underwriter's portion of the total insurance premium | $ | | | 150.0 |
| 1109. Warranty Deed to Bradley & Dean | | | 300.00 | |
| 1110. Title Search to Bradley & Dean | | | 100.00 | |
| 1111. Closing Fee to Bradley & Dean | | | | |
| 1200. Government Recording and Transfer Charges | | | | |
| 1201. Government recording charges | | (from GFE #7) | | |
| 1202. Deed $ | Mortgage $ | Release $ | | |
| 1203. Transfer taxes | | (from GFE #8) | | |
| 1204. City/County tax/stamps: Deed $ | Mortgage $ | | | |
| 1205. State tax/stamps: Deed $ | Mortgage $ | | | |
| 1206. | | $ | | |
| 1207. | | $ | | |
| 1300. Additional Settlement Charges | | | | |
| 1301. Required services that you can shop for | | (from GFE #6) | | |
| 1302. | | | | |
| 1303. | | | | |
| 1304. | | | | |
| 1305. | | | | |
| 1306. | | | | |
| 1307. | | | | |
| 1308. | | | | |
| 1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K) | | | 426.00 | 2,250. |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

_____            _____ Seller (signature) A.V.P.
Robert Burch                               Buyer/Borrower                Regions Bank

_____
Buyer/Borrower                                                                    Seller

This Settlement Statement which I've prepared is a true and accurate account of this transaction. I've caused or will cause the funds to be disbursed in accordance with this statement.

                                                                    6/18/2020
Don A. Dove, P.A.            Settlement Agent        Date

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine or imprisonment.
© 2008-2015 Easy SoP. Previous editions are obsolete.                Page 2 of 3                                HU

*Handwritten:* CLOS DOC FOR ROBERT BUNCH
1308 MAPLE ST

From: burch27574@aol.com,
To: djlalalicious@gmail.com,
Subject: Fwd: SALE OF HOUSE 1308 MAPLE
Date: Wed, Jul 8, 2020 11:39 am

-----Original Message-----
From: Robert Burch, EA <burch27574@aol.com>
To: bradleyanddees@gmail.com <bradleyanddees@gmail.com>
Sent: Tue, Jul 7, 2020 2:17 pm
Subject: SALE OF HOUSE 1308 MAPLE

LAKIZZY M. RANSOM
1308 MAPLE STREET
CLARKSDALE, MS. 38614

JULY 7,2020

DEAR MS. LAKIZZY M RANSOM

PROPOSAL TO SALE RENTAL PROPERTY

I, ROBERT BURCH, HEREINAFTER, REFERRED TO AS THE "SELLER", AGREES TO SELL THE PROPERTY LOCATED AT 1308
MAPLE STREET, CLARKSDALE, MISSISSIPPI, TO LAKIZZY M RANSOM, HEREINAFTER REFERRED TO AS THE "BUYER".

I WILL OWNER FINANCE THE PROPERTY AND ACT AS THE LENDER. I WILL CONVEY THE TITLE TO THE PROPERTY BY
VIRTUE OF A WARRANTY DEED AND THE BUYER WILL EXECUTE A DEED OF TRUST TO MY ATTORNEY, DON A DEES, AS
TRUSTEE AND A DEED OF TRUST NOTE, MADE PAYABLE TO ME IN THE AMOUNT OF $91,200 WHICH IS THE PURCHASE
PRICE OF THE PROPERTY.

THE DEED OF TRUST NOTE WILL REFLECT THE MONTHLY PAYMENT OF $800.00 PER MONTH, BEGINNING ON JULY 15,
2020 CONTINUING UNTIL DECEMBER 15, 2029 FOR A TOTAL OF 9.5 YEARS. AFTER ALL PAYMENT ARE MADE, I WILL MARK
THE DEED OF TRUST NOTE PAID AND DIRECT THE TRUSTEE TO RELEASE THE DEED OF TRUST.

A BRIEF DESCRIPTION OF THE PROPERTY: 3 BEDROOM, 1 BATH AND HALF, CENTRAL AIR AND HEAT

TERM OF AGREEMENT: BUYER WILL PAY $800.00 PER MONTH FOR 9.5 YEARS. THE BUYER WILL BE RESPONSIBLE FOR
YEARLY TAXES, HOMEOWNER INSURANCE AND UPKEEP OF THE PROPERTY. THE HOMEOWNER INSURANCE SHOULD
NAME THE SELLER/LENDER AS THE LIEN HOLDER. BUYER WILL PROVIDE PROOF OF INSURANCE TO SELLER.
PROPERTY SOLD AS IS.

A LATE FEE O $ 75.00 WILL INCUR IF THE MONTHLY PAYMENT IS RECEIVED AFTER THE 8TH OF THE MONTH. IF PAYMENT IS NOT
RECEIVED BY THE 15TH OF THE MONTH, A PENALTY OF $175, WILL INCUR. IF PAYMENT BECOMES DELINQUENT FOR MORE THAN
30 DAYS, THE PROPERTY WILL BE PLACED IN IMMEDIATE FORECLOSURE.THE BUYER CAN AVOID FORECLOSURE BY PAYING THE MONTHLY
PAYMENT OF 800 PLUS THE LATE FEE OF $75.00 AND PENALTY OF $175 BEFORE THE NEXT PAYMENT DUE DATE. THE TRUSTEE IS

EMPOWERED BY THE DEED OF TRUST TO BEGIN FORECLOSURE IF THE PAYMENT ARE DELINQUENT AND PROCEEDS OF THAT SALE
TO BE PAID TO THE SELLER/LENDER TO SATISFY THE DEBT. ANY QUESTIONS SHOULD BE DIRECT TO MY ATTORNEY, DON A. DEES, (6620 624-5476

BUYER SIGNATURE------------------------------------------------------ DATE

*[Handwritten at top:]*
2020 TAXES OWED $3,154.18
2021 TAXES OWED 1,488.58
2022 $1,523.58
E-

*[Handwritten top right:]* SHERITA

629

```
                CAROLYN PARHAM, CHANCERY CLERK
                          P O BOX 98
                     CLARKSDALE, MS 38614
                         662-624-3000


    RECEIPT #   2020 000010955 00                    10/28/2022
    PARCEL # 353 150880000   0002000                 Landowner Notice

    BURCH, ROBERT                                    Second Notice
    2752 W 91ST STREET
    EVERGREEN PARK, IL 60805


    You will take notice that the following described property:

    PARCEL #   353 150880000   0002000      SEC-15 TWN-00 RNG-00
    LOT 20
    MAY SUBD

    assessed to you or owned by you, was on  4/05/2021
    sold to COLLEGE INVESTMENT COMPANY
    for the County taxes of 2020 and that the title to said lands
    will mature to COLLEGE INVESTMENT COMPANY
    unless redemption from said tax sale be made by 5:00 p.m. on or
    before April 05, 2023. .

    If you are no longer the owner of said property, please contact
    our office so that we may update our records.

    Witness this the 31st day of October 2022.
```

*[Signature]* Carolyn Parham

CAROLYN PARHAM
Chancery Clerk

*[Seal: CHANCERY COURT OF COAHOMA COUNTY MISSISSIPPI]*

*[Handwritten right side:]*
WCH
5/12/21
Called-in
662 710 9602
7/8/22
7/18/22
5:

*[Handwritten bottom:]*
1308 Maple 21, 2.

TAXES!
2020     20 21 22
3154.18  May 12, 2021
         1488.58
         1,488.58

Regions Mtg